UNITED STATES DISTRICT COURT

Northern District of California

MARK RUSSO

          Plaintiff(s),          No. C 09-02910 MEJ

  v.

                             **NOTICE OF REASSIGNMENT**

CRESCENT CITY HARBOR

          Defendant(s).

_____/

      This matter has been reassigned to Magistrate Judge Maria-Elena James for all purposes, including trial and entry of judgment. All future filings shall reflect the initials "MEJ" after the case number, as designated above. When filing papers that require the Court to take any action, the parties shall lodge chambers copies by noon of the next court day following the day the papers are filed electronically. These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James," the case number and "E-Filing Chambers Copy."

      As the parties are in the early neutral evaluation process, the Court shall not schedule any case management dates at this time. Within 14 days of completion of ENE, the parties shall file a joint status statement.

      **IT IS SO ORDERED.**

Dated: December 7, 2009

                                                                  _____
                                                                    Maria-Elena James
                                                                    Chief United States Magistrate Judge