1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES  DISTRICT COURT

## Northern District of California

## San Francisco Division

| | |
|---|---|
| RUSSO,<br>　　　　　　Plaintiff, | No. C 09-2910 MEJ |
| 　　v. | **ORDER APPROVING REQUEST FOR INTERESTED PARTY'S INSURANCE REPRESENTATIVE TO ATTEND ENE BY PHONE** |
| CRESCENT CITY HARBOR DISTRICT.,<br>　　　　　　Defendant.<br>_____/ | |

Date:　　　February 5, 2010
Mediator:　Jess Millikan

　　　　IT IS HEREBY ORDERED that Allianz Global Corporate & Specialty's insurance representative, Steve Maisenhalder, is excused from personal attendance at the February 5, 2010, Early Neutral Evaluation before Jess Millikan.  Mr. Maisenhalder shall be available to participate by telephone at all times during the ENE, pursuant to ADR Local Rule 6-10.

　　　　IT IS SO ORDERED.

January 27, 2010　　　　　　By:　　_____

Dated　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　United States Magistrate Judge