UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARK RUSSO,

        Plaintiff,

  v.

CRESCENT CITY HARBOR et al,

        Defendant.

Case Number: CV09-02910 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 27, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jess B. Millikan
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA 94108-2823

Dated: January 27, 2010

        Richard W. Wieking, Clerk

        By: Lili M. Harrell, Deputy Clerk