UNITED STATES  DISTRICT COURT

Northern District of California

MARK RUSSO,

                Plaintiff(s),              No. C 09-02910 MEJ

     v.

                                             **ORDER RE STATUS**

CRESCENT CITY HARBOR,

                Defendant(s).

_____/

      On December 7, 2009, the Court ordered the parties in this matter to file a status report within 14 days of completion of the ENE process.  (Dkt. #25.)  As it appears that the parties completed the ENE process on February 11, 2010, (Dkt. #31), the Court ORDERS the parties to file a joint status report by July 8, 2010.

      **IT IS SO ORDERED.**

Dated: June 18, 2010

                                        _____

                                        Maria-Elena James

                                        Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California