1  Martha D. Rice, SBN 262100
2  299 I Street, Suite, 11B
   Crescent City, CA 95531
3  Tel: 707-464-7637
   Fax: 707-464-7647
4  Attorney for Defendant,
5  Crescent City Harbor District

6  Ilson W. New, SBN 31983
7  P.O. Box 642340
   San Francisco, CA 94109
8  Tel:  415-567-7595
   Fax:  415-567-7594
9  Attorney for Plaintiff,
10 MARK RUSSO



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| MARK RUSSO, | ) Case No.: CV 09-2910 MEJ |
|---|---|
| Plaintiff, | ) **STIPULATION OF DISMISSAL** |
| v. | ) |
| CRESCENT CITY HARBOR DISTRICT, | ) |
| Defendant. | ) |

   IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: June 24, 2010

_____
Ilson W. New
Attorney for Plaintiff Mark Russo

_____
Martha D. Rice
Attorney for Defendant
Crescent City Harbor District

STIPULATION OF DISMISSAL - 1